Name, Address and Telephone Number of Attorney(s):

Robert Jon Hendricks
RJ Hendricks, Esq., a Professional Corporation
515 South Flower Street, 18th Floor
Los Angeles, Ca. 90071
rjh@rjhesq.com

CLEAR FORM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ROBERT DAVIS, an individual | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cv-05623-MRA-JC |
| v. | |
| GENETICA, INC, et al., | **MEDIATION REPORT** |
| Defendant(s). | |

***Instructions*: *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.***

1.   ☑ A mediation was held on (date): January 14, 2025 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by L.R. 16-15.5(b).

   ☐ Did not appear as required by L.R. 16-15.5(b).

       ☐ Plaintiff or plaintiff's representative failed to appear.
       ☐ Defendant or defendant's representative failed to appear.
       ☐ Other:

3. Did the case settle?

   ☑ Yes, fully, on February 24, 2025 (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

   There were continuing discussions after the mediation, and the parties have informed me that an agreement has been reached and that they are now finalizing the final settlement documentation.

Dated: February 24, 2025

    s/Robert Jon Hendricks
    Signature of Mediator

*The Mediator must electronically file original document in CM/ ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*

    Robert Jon Hendricks
    Name of Mediator (print)